# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAREMONT APARTMENTS, LP, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-6138 |
| v. | : | |
| PRINCIPAL COMMERCIAL FUNDING II, LLC, and PRINCIPAL COMMERCIAL FUNDING, LLC, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of June, 2010, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 7), Plaintiff's Response in Opposition (Docket No. 9), Defendants' Reply Brief (Docket No. 10), and Plaintiff's Sur-Reply Brief (Docket No. 11), it is hereby **ORDERED** that Defendants' Motion is **DENIED IN PART** and **GRANTED IN PART** as follows:

1. Defendants' Motion to Dismiss is DENIED as to Principal Commercial Funding II, LLC.
2. Defendants' Motion to Dismiss is GRANTED as to Principal Commercial Funding, LLC.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.